| | |
|---|---|
| 1 | Andy D. Kim, Bar No. 339012 |
| 2 | **LYNN PINKER HURST & SCHWEGMANN, LLP** |
| 3 | 2100 Ross Avenue, Suite 2700<br>Dallas, Texas 75201 |
| 4 | Telephone: (214) 981-3800<br>Facsimile: (214) 981-3839 |
| 5 | |
| 6 | |
| 7 | Attorney for Defendant MPL Brands NV, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUZZBALLZ, LLC, | Case No. 4:24-cv-04004-HSG |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT MPL BRANDS NV, INC. D/B/A PATCO BRANDS** |
| MPL BRANDS NV, INC. d/b/a PATCO BRANDS, | |
| Defendant. | |

CASE NO.: 4:24-cv-04004-HSG                                                      DEFENDANT'S NOTICE OF APPEARANCE

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Andy D. Kim of Lynn Pinker Hurst & Schwegmann, LLP, a member of the State Bar of California (State Bar No. 339012) and admitted to practice in this Court, hereby appears on behalf of Defendant MPL Brands NV, Inc. d/b/a Patco Brands in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on its behalf. His address, telephone, facsimile, and email are as follows:

> Andy D. Kim, Bar No. 339012
> **LYNN PINKER HURST & SCHWEGMANN, LLP**
> 2100 Ross Avenue, Suite 2700
> Dallas, Texas 75201
> Telephone: (214) 981-3808
> Facsimile: (214) 981-3839
> akim@lynnllp.com

Dated: July 9, 2024

By: */s/Andy Kim*
Andy D. Kim, Bar No. 339012
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3808
Facsimile: (214) 981-3839
akim@lynnllp.com

*Attorney for Defendant MPL Brands NV, Inc. d/b/a Patco Brands*