UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BUZZBALLZ, LLC,                    ,

Plaintiff(s),

v.

MPL BRANDS NV, INC. d/b/    ,

Defendant(s).

Case No. 4:24-cv-04004-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Josh Lang                    , an active member in good standing of the bar of
USDC Northern District of Texas    , hereby respectfully apply for admission to practice pro hac
vice in the Northern District of California representing: MPL BRANDS NV, INC. d/b/a F in the
above-entitled action. My local co-counsel in this case is Daniel Thomas Shvodian        , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.  Local co-counsel's bar number is: 184576            .

2100 Ross Ave, Suite 2700, Dallas, TX 75201
MY ADDRESS OF RECORD

214-981-3800
MY TELEPHONE # OF RECORD

jlang@lynnllp.com
MY EMAIL ADDRESS OF RECORD

3150 Porter Drive, Palo Alto, CA 94304-1212
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(650) 838-4300
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

DShvodian@perkinscoie.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 24109450    .

A true and correct copy of a certificate of good standing or equivalent official document
from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero____ times in the 12 months
preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: _July 9, 2024_____        Josh Lang_____

5                                       APPLICANT

6

7

8                           ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of _Josh Lang_____ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____7/10/2024_____

16

17  _____

18  UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

### Joshua David Lang

Bar Number:                                            Date of Admission:

**24109450**                                            **04/28/2020**

Witness my official signature and the seal of this court.

Dated: July 8, 2024

Karen Mitchell,
Clerk of Court

By: Jenna Hall
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Re:  **JOSH LANG**                                              §
                                                               §
                                                               §

**OATH**

I do solemnly [swear or affirm]:

That I am an active member in good standing of the bar of the United States District
Court Northern District of Texas;

I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-
4, and to become familiar with the Local Rules and Alternative Dispute Resolution
Programs of this Court and, where applicable, with the Bankruptcy Local Rules;

Attorney, Daniel Thomas Shvodian, located at 3150 Porter Drive, Palo Alto, CA
94304-1212, is a member of the bar of this Court in good standing and maintains
an office within the State of California, is designated as co-counsel.

I have been granted pro hac vice admission by the Court in the 12 months preceding
this application zero times.


 July 9, 2024_____                      _____
Date                                              Josh Lang

24109450_____                         Josh Lang
State Bar Number                                  Printed Name

2100 Ross Avenue, Suite 2700                      Dallas, TX 75201
Address                                           City, State, Zip Code

214-981-3800_____
Telephone Number