UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BUZZBALLZ, LLC,

Plaintiff(s),

v.

MPL BRANDS NV, INC. d/b/

Defendant(s).

Case No. 4:24-cv-04004-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Christopher J Schwegmann, an active member in good standing of the bar of USDC Northern District of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: MPL BRANDS NV, INC. d/b/a P in the above-entitled action. My local co-counsel in this case is Daniel Thomas Shvodian, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 184576.

| | |
|---|---|
| 2100 Ross Ave, Suite 2700, Dallas, TX 75201 | 3150 Porter Drive, Palo Alto, CA 94304-1212 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (214) 981-3800 | (650) 838-4300 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| cschwegmann@lynnllp.com | DShvodian@perkinscoie.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24051315.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 10, 2024

Christopher J Schwegmann
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Christopher J Schwegmann is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/11/2024

Haywood S. Gilliam Jr.
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

## Christopher J Schwegmann

Bar Number:                    Date of Admission:

**24051315**                      07/22/2005

Witness my official signature and the seal of this court.

Dated: July 8, 2024              Karen Mitchell,
                                 Clerk of Court

                                 By: Jenna Hall
                                     Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re:   **CHRISTOPHER J. SCHWEGMANN**   §
                                      §
                                      §

**OATH**

I do solemnly [swear or affirm]:

That I am an active member in good standing of the bar of the United States District Court Northern District of Texas;

I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules;

Attorney, Daniel Thomas Shvodian, located at 3150 Porter Drive, Palo Alto, CA 94304-1212, is a member of the bar of this Court in good standing and maintains an office within the State of California, is designated as co-counsel.

I have been granted pro hac vice admission by the Court in the 12 months preceding this application zero times.

July 10, 2024
Date

_Christopher J. Schwegmann_ (signature)
Christopher J. Schwegmann

24051315
State Bar Number

Christopher J. Schwegmann
Printed Name

2100 Ross Avenue, Suite 2700
Address

Dallas, TX 75201
City, State, Zip Code

214-981-3800
Telephone Number