Counsel are listed on the signature page due to space considerations

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

BUZZBALLZ, LLC,

                Plaintiff,

     v.

MPL BRANDS NV, INC. d/b/a PATCO BRANDS,

                Defendant.

Case No. 5:24-cv-04004-EKL

**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

Judge: Hon. Eumi K. Lee

BuzzBallz, LLC ("BuzzBallz") and MPL Brands, NV, Inc. d/b/a/ Patco Brands ("Patco") (collectively, the "Parties") submit this Updated Joint Case Management Conference Statement pursuant to the Court's Further Scheduling Order (ECF No. 114).

### 1.    STATUS REPORT

### A.    Pleadings

On July 22, 2025, the Court issued its Order granting in part and denying in part BuzzBallz's Motion to Dismiss Patco's Second Amended Counterclaims and ordered Patco to file amended counterclaims consistent with the Court's Order on or before August 5. (ECF No. 136.) Patco has not yet filed amended counterclaims but will do so on or before August 5. To the extent Patco amends its counterclaim concerning *Walker Process* Fraud and Attempted Monopolization for which the Court granted leave to amend, BuzzBallz expects to file a renewed motion to dismiss.

### B.    Discovery Status

The parties recently submitted a stipulation and proposed order extending the close of fact discovery to September 30, 2025, to give the parties sufficient time to complete document production and review the productions before commencing depositions, which the Court granted. (ECF Nos. 133, 134.) Since then, the parties have diligently worked to complete production and have started scheduling depositions for August and September.

Patco has filed a Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge, which the Court set for hearing on July 30, 2025. Patco has also submitted redline versions of proposed subpoenas to Sazerac Company, Inc. and Arlington Capital Advisors, LLC in response to Magistrate Judge Illman's May 13, 2025 Order (Dkt. 123). As of the date of this notice, Judge Illman has not taken up Patco's redline versions of its proposed subpoenas to Sazerac or Arlington. No other discovery matters are presently pending before the Court.

### C.    Status of Post Grant Review ("PGR") Proceeding

The PGR proceeding number PGR2024-00035 concerning BuzzBallz's U.S. Patent No. 11,932,441 ("the '441 Patent"), which was at issue in the now-stayed patent infringement action, *BuzzBallz, LLC v. MPL Brands NV, Inc. d/b/a Patco Brands*, No. 5:24-cv-04412-EKL (N.D. Cal.)

(filed March 20, 2024), remains pending. Patco filed its reply to BuzzBallz's response on June 4, 2025, and BuzzBallz filed its sur-reply on July 16, 2025. The next deadline will be requesting oral argument by August 6, 2025, and if requested, oral argument will occur September 17, 2025. The anticipated date of a Final Written Decision in the PGR remains on or before December 18, 2025.

**D.      Status of *Inter Partes* Review ("IPR") Proceeding**

The IPR proceeding number IPR2024-01098 concerning BuzzBallz's U.S. Patent No. 11,738,904 ("the '904 Patent") remains pending. BuzzBallz elected not to file a response to Patco's petition, and Patco filed a reply in support of its petition on June 24, 2025. The next deadline will be requesting oral argument by September 15, 2025, and if requested, oral argument will occur October 28, 2025. The anticipated date of a Final Written Decision in the IPR remains on or before January 27, 2026.

**2.      SCHEDULING**

The parties do not request further changes to the scheduling order at this time.

Dated this July 30, 2025

By: */s/ Jason P. Bloom*
    JASON T. LAO (CA BN 288161)
    jason.lao@haynesboone.com
    KENNETH G. PARKER (CA BN 182911)
    ken.parker@haynesboone.com
    ANDREA LEVENSON (CA BN 323926)
    andrea.levenson@haynesboone.com
    **HAYNES AND BOONE, LLP**
    600 Anton Boulevard, Suite 700
    Costa Mesa, California 92626
    Telephone: 949.202.3000
    Facsimile: 949.202.3001

    JASON P. BLOOM (*pro hac vice*)
    jason.bloom@haynesboone.com
    MARRON FRITH (*Pro Hac Vice*)
    *marron.frith@haynesboone.com*
    **HAYNES AND BOONE, LLP**
    2801 N. Harwood Street, Suite 2300
    Dallas, Texas 75201
    Telephone: 214.651.5000
    Facsimile: 214.651.5940

By: */s/ R. Tyler Kendrick*
    Daniel T. Shvodian, Bar No. 184576
    DShvodian@perkinscoie.com
    **PERKINS COIE LLP**
    3150 Porter Drive
    Palo Alto, CA 94304
    Telephone: 650.838.4300
    Facsimile: 650.737.5461

    M. Craig Tyler (*pro hac vice*)
    CTyler@perkinscoie.com
    **PERKINS COIE LLP**
    405 Colorado St., Suite 1700
    Austin, TX 78701
    Telephone: 737.256.6100
    Facsimile: 737.256.6300

    R. Tyler Kendrick
    RKendrick@perkinscoie.com
    **PERKINS COIE LLP**
    1201 Third Ave., Suite 4900
    Seattle, WA 98101

UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT
CASE NO. 5:24-cv-04004-EKL

JASON W. WHITNEY (*pro hac vice*)
jason.whitney@haynesboone.com
**HAYNES AND BOONE, LLP**
112 East Pecan Street, Suite 2400
San Antonio, Texas 78205
Telephone: 210.978.7000
Facsimile: 210.978.7450

REID PILLIFANT (*pro hac vice*)
*reid.pillifant@haynesboone.com*
**HAYNES AND BOONE, LLP**
98 San Jacinto, Suite 1500
Austin, Texas 78701
Telephone: (512) 867-8400
Facsimile: (512) 867-8470

GREGORY S. TAMKIN (*pro hac vice*)
*Tamkin.Greg@dorsey.com*
**DORSEY + WHITNEY LLP**
1400 Wewatta Street
Denver, Colorado 80202
Telephone: (303) 629-3438
Facsimile: (303) 629-3450


*Attorneys for Plaintiff BuzzBallz, LLC*

Telephone: 206.359.8000
Facsimile: 206.359.9000


*Attorneys for Defendant MPL Brands NV,
Inc. d/b/a Patco Brands*

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Jason P. Bloom, attest that concurrence in the filing of this document has been obtained.

Dated: July 30, 2025                                                      /s/ Jason P. Bloom

UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT
CASE NO. 5:24-cv-04004-EKL