UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUZZBALLZ, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>MPL BRANDS NV, INC. d/b/a PATCO BRANDS,<br><br>        Defendant. | Case No. 5:24-cv-04004-EKL<br><br>[~~PROPOSED~~] ORDER GRANTING PATCO'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER PORTIONS OF THE JOINT LETTER BRIEF REGARDING SAZERAC DOCUMENTS SHOULD BE SEALED |

Before the Court is Defendant MPL Brands NV, Inc. d/b/a Patco Brands ("Patco's") Administrative Motion to Consider Whether Portions of the Joint Letter Brief Regarding Sazerac Documents Should be Sealed.  The Court hereby GRANTS Defendant's motion to file under seal the documents in accordance with the following:

| Document | Portion(s) to Seal | Order |
|---|---|---|
| Letter Brief | The highlighted portions in the Letter Brief. | May be Provisionally Filed Under Seal |
| Ex. A (Kick Dep. Tr.) | Entire Document | May be Provisionally Filed Under Seal |

IT IS SO ORDERED.

Dated: February 23, 2026

_____
Honorable Robert M. Illman
United States Magistrate Judge