UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUZZBALLZ, LLC, <br><br>       Plaintiff, <br><br>     v. <br><br>MPL BRANDS NV, INC., <br><br>       Defendant. | Case No.  24-cv-04004-EKL <br><br>**ORDER REGARDING OMNIBUS SEALING MOTION** <br><br>Dkt. No. 299 |

Before the Court are numerous requests to seal documents filed in connection with the parties' motions for summary judgment and *Daubert* motions.  Omnibus Mot. to Seal, ECF No. 299.  To promote efficient and comprehensive review of the sealing motions, the Court ordered the parties to file a joint, omnibus motion to seal after the summary judgment and *Daubert* record closed.  Order for Omnibus Sealing Motion, ECF No. 278.  Now, having reviewed the sealing requests, the supporting declarations, and relevant authority, the Court GRANTS in part and DENIES in part the sealing motion.

## I.    LEGAL STANDARD

The Ninth Circuit recognizes "a strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003).  "A party seeking to seal a judicial record then bears the burden of overcoming this strong presumption by meeting the 'compelling reasons' standard."  *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Foltz*, 331 F.3d at 1135).  "In general, 'compelling reasons' sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such 'court files might have become a vehicle for improper purposes,' such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets."  *Id.*

at 1179 (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)). The "compelling reasons" standard applies to requests to seal motions that are "more than tangentially related to the merits of a case." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016). "Requests to seal associated with motions for summary judgment are subject to the 'compelling reasons' standard." *Simpson Strong-Tie Co., Inc. v. Oz-Post Int'l, LLC*, 411 F. Supp. 3d 975, 992 (N.D. Cal. 2019) (citing *Kamakana*, 447 F.3d at 1179).

Additionally, parties must comply with Civil Local Rule 79-5. Sealing requests must be "narrowly tailored to seal only the sealable material." Civil L.R. 79-5(c)(3). Requests must identify "the reasons for keeping a document under seal," and explain the "interests that warrant sealing," "the injury that will result if sealing is denied," and "why a less restrictive alternative to sealing is not sufficient." *Id.* at 79-5(c)(1).

## II. DISCUSSION

The omnibus sealing motion contains sealing requests on behalf of Plaintiff BuzzBallz, LLC ("BuzzBallz") and Defendant MPL Brands NV, Inc. d/b/a Patco Brands ("Patco"). The sealing requests are supported by detailed declarations explaining the reasons for sealing. *See generally* ECF Nos. 299-2, 299-3. Some of the requests are narrowly tailored to protect confidential information that, if disclosed, may cause competitive harm. The sealable information relates to business strategy and negotiations, pricing and market analyses, sales and profit analyses, non-public technical research and development, product design, and contracts with non-parties. There are compelling reasons to seal this information – to the extent it is detailed and confidential. *See In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008) (finding compelling reasons to seal pricing terms); *In re Google Location Hist. Litig.*, 514 F. Supp. 3d 1147, 1162 (N.D. Cal. 2021) ("Compelling reasons may exist to seal 'trade secrets, marketing strategies, product development plans, detailed product-specific financial information, customer information, [and] internal reports[.]'") (citation omitted); *Exeltis USA Inc. v. First Databank, Inc.*, No. 17-cv-04810, 2020 WL 2838812, at *2 (N.D. Cal. June 1, 2020) (finding compelling reasons to seal customer financial information and business strategy); *Juicero, Inc. v. iTaste Co.*, No. 17-cv-01921, 2017 WL 2335623, at *2 (N.D. Cal. May 30, 2017) (finding compelling reasons to seal

United States District Court
Northern District of California

United States District Court
Northern District of California

"proprietary financial and research and development information"). Additionally, a few records reflect personally identifiable information ("PII") that is not material to the motions for summary judgment or *Daubert* motions. This information is also properly sealed. *See, e.g.*, *Benedict v. Hewlett-Packard Co.*, No. 13-cv-00119, 2014 WL 233827, at *3 (N.D. Cal. Jan. 21, 2014) (granting motion to seal "personal contact information," including "home address, phone number, and email address").

Nonetheless, some of the sealing requests are overbroad or unsupported. For example, the parties seek to seal long excerpts of deposition transcripts that contain little, if any, confidential information.[1] *See, e.g.*, ECF Nos. 252-6, 270-10. Likewise, the parties seek to seal entire expert reports. *See, e.g.*, ECF Nos. 242-4, 250-9, 252-4. The parties also seek to seal information that is public, including advertising campaigns for the products at issue in this case. Other requests seek to seal documents containing years-old information, including about products that have since been launched and plans that were not implemented. "[T]here are no compelling reasons to seal" this stale information. *Simpson Strong-Tie Co. Inc. v. MiTek Inc.*, No. 20-cv-06957, 2023 WL 9187547, at *3 (N.D. Cal. Dec. 15, 2023) (citation modified)). Finally, many of the sealing requests relate to information that is "'central' to the merits of the case" and should not be sealed. *Id.* (collecting cases). The Court has denied the parties' requests to the extent the material falls within these categories.

This Order provides individualized rulings as to each sealing request as reflected in the charts below.

//

//

---

[1] The Court previously advised the parties that overbroad requests, particularly as they relate to expert reports and deposition transcripts, would not be granted at the summary judgment stage. *See* Hr'g Tr. 25:6-13, 26:9-17, ECF No. 258.

A.    Patco's Confidential Information

- **ECF No. 239:  BuzzBallz's Motion for Summary Judgment (ECF No. 241)**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 239-2 | BuzzBallz's Motion for Summary Judgment | Highlighted portions at 8:10-12 and 12:16-18. | DENIED.  Discusses Patco's expenses in general terms. |
| 239-3 | BuzzBallz's Moving Separate Statement in Support of Motion for Summary Judgment | UF 11. | DENIED.  Discusses Patco's expenses in general terms. |
| 239-4 | BuzzBallz's Motion for Summary Judgment – Ex. D | Entire document. | DENIED.  This request is not narrowly tailored and the information sought to be sealed is central to the pending motions and merits of the case. |
| 239-5 | BuzzBallz's Motion for Summary Judgment – Ex. D-1 | Entire document. | GRANTED.  Contains detailed sensitive pricing information that could competitively harm Patco if disclosed. |
| 239-6 | BuzzBallz's Motion for Summary Judgment – Ex. D-2 | Entire document. | DENIED.  Information sought to be sealed is more than three years old and relates to supplier that Patco ultimately did not select, rendering it stale. |
| 239-8 | BuzzBallz's Motion for Summary Judgment – Ex. F | Entire document. | GRANTED as to PII at 7:21-22 (address). <br><br>DENIED as to the remainder, which discusses Patco's distributors and product development in general terms. |
| 239-9 | BuzzBallz's Motion for Summary Judgment – Ex. G | Entire document. | DENIED.  Discusses Patco's sales information in general terms. |
| 239-11 | BuzzBallz's Motion for Summary Judgment – Ex. G-2 | Entire document. | GRANTED.  Contains detailed sensitive financial information related to Patco's sales, expenses, and profits. |
| 239-13 | BuzzBallz's Motion for Summary Judgment – Ex. L | Entire document. | GRANTED.  Contains detailed sensitive financial information related to Patco's sales, expenses, and profits. |

United States District Court
Northern District of California

4

- **ECF No. 239:  BuzzBallz's Motion to Exclude the Testimony and Opinions of Dr. William Choi (ECF No. 244)**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 239-15 | Motion to Exclude the Testimony and Opinions of Dr. William Choi | Portions at 1:16-17, 2:12, 2:20, 2:22, 4:7, 4:16-19, 6:6-8, 6:20-21, 7:4-7, and 7:23. | GRANTED as to 1:16-17, 2:12, 2:20, 2:22, 4:7, and 7:23, which contain detailed sensitive financial information related to Patco's expenses and profits.<br><br>DENIED as to the remainder, which discusses Patco's financial reporting, accounting practices, and main product areas all in general terms. |
| 239-16 | Motion to Exclude the Testimony and Opinions of Dr. William Choi – Ex. A | Entire document. | GRANTED.  Contains detailed sensitive financial information related to Patco's sales, expenses, and profits. |
| 239-17 | Motion to Exclude the Testimony and Opinions of Dr. William Choi – Ex. B | Entire document. | GRANTED.  Contains detailed sensitive financial information related to Patco's expenses and profits. |
| 239-18 | Motion to Exclude the Testimony and Opinions of Dr. William Choi – Ex. C | Entire document. | GRANTED as to figures at 173:22 and 193:4, which reflect sensitive financial information.<br><br>DENIED as to remainder, which discusses information that expert considered and the experts' methodology in general terms. |
| 239-19 | Motion to Exclude the Testimony and Opinions of Dr. William Choi – Ex. D | Entire document. | GRANTED as to dollar figures in paragraphs 16, 17, and 20, which contain detailed sensitive financial information.<br><br>DENIED as to the remainder; request is not narrowly tailored. |
| 239-20 | Motion to Exclude the Testimony and Opinions of Dr. William Choi – Ex. E | Entire document. | DENIED.  Discusses Patco's main product areas in general terms. |
| 239-21 | Motion to Exclude the Testimony and Opinions of Dr. William Choi – Ex. F | Entire document. | GRANTED.  Contains detailed sensitive financial information. |

United States District Court
Northern District of California

- **ECF No. 239:  BuzzBallz's Motion to Exclude the Testimony and Opinions of Rhonda Harper (ECF No. 245)**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---------|----------|-----------|----------------|
| 239-22 | Motion to Exclude the Testimony and Opinions of Rhonda Harper – Ex. D | The portions at 8:13-14 and pages 176-77. | GRANTED as to as to PII at 8:13-14 (address).<br><br>DENIED as to the remainder, which discusses distribution of Patco's products in general terms. |

- **ECF No. 239:  BuzzBallz's Motion to Exclude the Testimony and Opinions of Itamar Simonson (ECF No. 246)**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---------|----------|-----------|----------------|
| 239-23 | Motion to Exclude the Testimony and Opinions of Itamar Simonson | The portions at 5:21, 5:22-23, 5:25-26, 5:27, 5:27-6:1, 6:2-3, 6:3-4, 6:5-6, and 6:8-10. | DENIED.  Discusses Patco's strategy and goals in general terms. |
| 239-24 | Motion to Exclude the Testimony and Opinions of Itamar Simonson – Ex. C | Entire document. | DENIED.  Discusses Patco's products, their development, distribution channels, and competition in general terms. |

- **ECF No. 242:  Patco's Motion to Exclude Opinions of Plaintiff's Expert Mr. Britven**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---------|----------|-----------|----------------|
| 242-3 | Patco's Motion to Exclude Opinions of Plaintiff's Expert Mr. Britven | Highlighted portions at 2:6, 2:18-20, 2:22, 8:5-6, and 8:9-10. | GRANTED as to 2:6, 2:18-20, 2:22, and 8:9-10, which contain detailed sensitive financial information about Patco's profits, product pricing, marketing, and sales.<br><br>DENIED as to the remainder, which discusses Patco's distributors in general terms. |
| 242-6 | Patco's Motion to Exclude Opinions of Plaintiff's Expert Mr. Britven – Ex. F | Entire document. | GRANTED as to 8:13-14, which contains PII (address), and pages 109-113 and 209, which contain detailed sensitive financial information related to Patco's sales and distribution.<br><br>DENIED as to the remainder, which discusses Patco's past product launches, distribution, and sales in general terms. |

United States District Court
Northern District of California

6

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 242-8 | Patco's Motion to Exclude Opinions of Plaintiff's Expert Mr. Britven – Ex. I | Entire document. | GRANTED as to paragraphs 86-87, which contain detailed sensitive information about Patco's product distribution and profits.<br><br>DENIED as to the remainder, which consists of general critiques of expert analysis and does not disclose competitively harmful information. |
| 242-9 | Patco's Motion to Exclude Opinions of Plaintiff's Expert Mr. Britven – Ex. J | Entire document. | DENIED.  Discusses expert qualifications and sources relied upon in general terms. |

- **ECF No. 252:  Patco's Motion to Exclude Opinions of Plaintiff's Expert Shapiro**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 252-3 | Patco's Motion to Exclude Opinions of Plaintiff's Expert Shapiro | Highlighted portion at 8:19-23. | DENIED.  Discusses differences between Patco's products in general terms without disclosing sensitive details. |
| 252-8 | Patco's Motion to Exclude Opinions of Plaintiff's Expert Shapiro – Ex. I | Entire document. | GRANTED as to pages 109-115 and 209, which contain detailed sensitive financial information about Patco's sales and distribution.<br><br>DENIED as to the remainder, which discusses Patco's past product launches, distribution, and sales in general terms. |
| 252-9 | Patco's Motion to Exclude Opinions of Plaintiff's Expert Shapiro – Ex. M | Entire document. | GRANTED as to paragraphs 86-87, which contain detailed sensitive information about Patco's product distribution and profits.<br><br>DENIED as to the remainder, which consists of general critiques of expert analysis and does not disclose competitively harmful information. |
| 252-10 | Patco's Motion to Exclude Opinions of Plaintiff's Expert Shapiro – Ex. N | Entire document. | GRANTED as to last sentence in paragraph 365, which contains detailed sensitive financial information about Patco's profits.<br><br>DENIED as to the remainder, which consists of general critiques of expert analysis and does not disclose competitively harmful information. |

United States District Court
Northern District of California

- **ECF No. 261:  Patco's Opposition to BuzzBallz's Motion to Exclude Dr. William Choi**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 261-3 | Patco's Opposition to BuzzBallz's Motion to Exclude Dr. William Choi | Highlighted portions at 2:8-9, 2:12-13, 2:15-16, 2:18-19, 2:21, 3:24, 4:17-20, 6:7-8, and 6:13-16. | GRANTED as to 3:24, which contains detailed sensitive financial information.<br><br>DENIED as to the remainder, which discusses Patco's expense tracking in general terms. |
| 261-4 | Patco's Opposition to BuzzBallz's Motion to Exclude Dr. William Choi – Ex. 1 | Entire document. | GRANTED.  Contains detailed sensitive information about Patco's cost allocation methodology. |
| 261-5 | Patco's Opposition to BuzzBallz's Motion to Exclude Dr. William Choi – Ex. 2 | Entire document. | GRANTED.  Contains detailed description of Patco's cost allocation methodology. |
| 261-6 | Patco's Opposition to BuzzBallz's Motion to Exclude Dr. William Choi – Ex. 3 | Entire document. | GRANTED as to 169:13, 235:4, and 241:24, which contain detailed sensitive financial information about Patco's profit.<br><br>DENIED as to the remainder, which discusses expert analysis, expertise, and testimony in prior cases, all in general terms. |
| 261-7 | Patco's Opposition to BuzzBallz's Motion to Exclude Dr. William Choi – Ex. 4 | Entire document. | GRANTED as to dollar figures in paragraphs 14 and 16, which contain detailed sensitive financial information about Patco's expenses and profits.<br><br>DENIED as to the remainder, which consists of general critiques of expert analysis and does not disclose competitively harmful information. |

- **ECF No. 265:  Patco's Opposition to BuzzBallz's Motion to Exclude Dr. Simonson**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 265-9 | Patco's Opposition to BuzzBallz's Motion to Exclude Dr. Simonson – Ex. 9 | Entire document. | GRANTED as to PII at 8:13-14 (address).<br><br>DENIED as to remainder, which describes Patco's competitors in general terms. |

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 265-10 | Patco's Opposition to BuzzBallz's Motion to Exclude Dr. Simonson – Ex. 10 | Entire document. | DENIED.  Discusses Patco's competitors and products in general terms. |

- **ECF No. 269:  Patco's Opposition to BuzzBallz's Motion for Summary Judgment**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 269-22 | Patco's Opposition to BuzzBallz's Motion for Summary Judgment – Ex. 23 | Entire document. | GRANTED.  Contains detailed sensitive information about Patco's distribution and competitive strategy. |
| 269-23 | Patco's Opposition to BuzzBallz's Motion for Summary Judgment – Ex. 27 | Entire document. | GRANTED.  Contains detailed sensitive information about Patco's product development and other proprietary information. |
| 269-24 | Patco's Opposition to BuzzBallz's Motion for Summary Judgment – Ex. 28 | Entire document. | GRANTED.  Contains detailed sensitive information about Patco's product design. |
| 269-25 | Patco's Opposition to BuzzBallz's Motion for Summary Judgment – Ex. 29 | Entire document. | GRANTED.  Contains detailed sensitive financial information about Patco's sales, pricing, and distribution strategy. |

- **ECF No. 270:  BuzzBallz's Response in Opposition to Patco's Partial Motion for Summary Judgment (ECF No. 273)**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 270-4 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment | Highlighted portions at 3:5-6, 3:8-10, 3:13-16, 3:23-26, 7:19-20, 14:8-9, 18:20-23, 18:27-28, 19:3, 19:4-7, and 19:10-21. | DENIED.  Discusses Patco's product design and focus groups in general terms, which does not cause competitive harm, and information is central to the pending motions and merits of the case. |
| 270-5 | BuzzBallz's Response in Opposition to Patco's Moving Separate Statement | Highlighted portions at 16:3-7, 16:10-12, 17:3-7, and 17:14-20. | DENIED.  Discusses Patco's product design and focus groups in general terms, which does not cause competitive harm if disclosed, and information is central to the pending motions and merits of the case. |
| 270-6 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. G | Entire document. | DENIED.  Information is more than three years old, rendering it stale, and it is central to the pending motions and merits of the case. |

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 270-7 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. H | Entire document. | DENIED.  Information is more than four years old, rendering it stale, and it is central to the pending motions and merits of the case. |
| 270-8 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. I | Entire document. | DENIED.  Discusses Patco's product design in general terms. |
| 270-9 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. J | Entire document. | DENIED.  Information is more than four years old, rendering it stale, and it is central to the pending motions and merits of the case. |
| 270-10 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. K | Entire document. | GRANTED as to PII at 7:21-22 (address).

DENIED as to the remainder, which discusses Patco's distributors and product development in general terms. |
| 270-11 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. K Attach. 1 | Entire document. | GRANTED.  Contains detailed sensitive information about Patco's business strategy. |
| 270-12 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. K Attach. 2 | Entire document. | GRANTED.  Contains detailed sensitive information about Patco's business strategy. |
| 270-13 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. K Attach. 3 | Entire document. | GRANTED.  Contains detailed sensitive information about Patco's business strategy. |
| 270-14 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. K Attach. 4 | Entire document. | GRANTED.  Contains detailed sensitive information about Patco's product marketing, pricing, and market analysis. |
| 270-15 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. K Attach. 5 | Entire document. | GRANTED.  Contains detailed sensitive information about Patco's market analysis. |

United States District Court
Northern District of California

10

United States District Court
Northern District of California

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 270-16 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. K Attach. 6 | Entire document. | DENIED. Information is more than four years old, rendering it stale, and it is central to the pending motions and merits of the case. |
| 270-17 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. K Attach. 7 | Entire document. | DENIED. Discusses Patco's sales strategy in general terms, and information is more than three years old, rendering it stale. |
| 270-18 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. K Attach. 8 | Entire document. | DENIED. Discusses Patco's product distribution in general terms. |
| 270-19 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. K Attach. 9 | Entire document. | GRANTED. Contains detailed sensitive information about Patco's sales, marketing, and distribution. |
| 270-20 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. K Attach. 10 | Entire document. | GRANTED. Contains detailed sensitive information about Patco product distribution. |
| 270-21 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. K Attach. 11 | Entire document. | DENIED. Discusses Patco's focus groups in general terms. |
| 270-22 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. L | Entire document. | GRANTED as to 59:12-15, which contains detailed information about Patco's product sourcing.<br><br>DENIED as to the remainder, which discusses Patco's products and competitors in general terms. |
| 270-23 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. L Attach. 1 | Entire document. | GRANTED. Contains detailed sensitive information about Patco distribution strategy and brand performance. |
| 270-24 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. R | Entire document. | DENIED. Focus group video that does not disclose any competitively sensitive information; information is central to the merits of the case. |

United States District Court
Northern District of California

| ECF No. | Document | Portion(s) | Granted/Denied |
| --- | --- | --- | --- |
| 270-25 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. S | Entire document. | DENIED.  Focus group video that does not disclose any competitively sensitive information; information is central to the merits of the case. |
| 270-26 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. T | Entire document. | DENIED.  Focus group video that does not disclose any competitively sensitive information; information is central to the merits of the case. |
| 270-27 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. U | Entire document. | DENIED.  Focus group video that does not disclose any competitively sensitive information; information is central to the merits of the case. |
| 270-28 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. FF | Entire document. | DENIED.  Discusses Patco's product development in general terms. |
| 270-30 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. GG Attach. 1 | Entire document. | GRANTED.  Contains detailed discussion of Patco's product development. |
| 270-31 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. HH | Entire document. | GRANTED.  Contains detailed discussion of Patco's product design and development. |
| 270-32 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. II | Entire document. | GRANTED.  Contains detailed discussion of Patco's product development and pricing. |
| 270-33 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. JJ | Entire document. | DENIED.  Discusses Patco's product design in general terms. |
| 270-34 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. KK | Entire document. | DENIED.  Contains detailed information about Patco's product design in general terms. |

12

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 270-35 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. LL | Entire document. | GRANTED.  Contains detailed information about Patco's product design. |
| 270-36 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. MM | Entire document. | GRANTED.  Contains detailed information about Patco's product distribution strategy and financial forecasts. |
| 270-37 | BuzzBallz's Response in Opposition to Patco's Motion for Partial Summary Judgment – Ex. SS | Entire document. | DENIED.  Discusses Patco's competitors in general terms. |

- **ECF No. 270:  BuzzBallz's Response in Opposition to Patco's Motion to Exclude the Testimony and Opinions of Arthur Shapiro (ECF No. 272)**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 270-3 | BuzzBallz's Response in Opposition to Patco's Motion to Exclude the Testimony and Opinions of Arthur Shapiro | Highlighted portions at 2:19-20 and 5:9-10. | DENIED.  Discusses Patco's products and competitors in general terms. |

- **ECF No. 270:  BuzzBallz's Response in Opposition to Patco's Motion to Exclude the Testimony and Opinions of Thomas W. Britven (ECF No. 277)**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 270-2 | BuzzBallz's Response in Opposition to Patco's Motion to Exclude the Testimony and Opinions of Thomas W. Britven | Highlighted portions at 1:18, 3:19, 3:23, 3:26, 4:1-2, and 4:12. | GRANTED as to 1:18, 3:19, 3:23, 3:26, and 4:1-2, which contain detailed sensitive financial information about Patco's profits and product performance.<br><br>DENIED as to 4:12, which discusses sales forecasts in general terms. |

- **ECF No. 290:  BuzzBallz's Reply in Support of its Motion to Exclude Testimony and Opinions of Dr. William Choi**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 290 | BuzzBallz's Reply in Support of its Motion to Exclude Testimony and Opinions of Dr. William Choi | Highlighted portions at 4:1-2, 4:3-6, 4:7-8, 4:16-18, the figure on p. 4, 5:5, 5:18, and 5:21-23. | GRANTED as to figure on page 4, which contains detailed sensitive financial information about Patco's expenses, and the operating expense items identified in quotes at 5:22-23.<br><br>DENIED as to the remainder, which consists of general critiques of expert |

| | | | analysis that do not disclose competitively harmful information, and discussion of Patco's expenses in general terms. |
|---|---|---|---|

- **ECF No. 292:  BuzzBallz's Reply in Support of its Motion to Exclude Testimony and Opinions of Itamar Simonson**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 292 | BuzzBallz's Reply in Support of its Motion to Exclude Testimony and Opinions of Itamar Simonson | Highlighted portion at 3:12. | DENIED.  Information sought to be sealed is public. |
| 292-1 | BuzzBallz's Reply in Support of its Motion to Exclude Testimony and Opinions of Itamar Simonson – Ex. E | Entire document. | DENIED.  Discusses Patco's competitors in general terms, and some information sought to be sealed is public. |
| 292-2 | BuzzBallz's Reply in Support of its Motion to Exclude Testimony and Opinions of Itamar Simonson – Ex. F | Entire document. | GRANTED.  Contains detailed information about Patco's product performance and competitors. |

- **ECF No. 294:  Patco's Reply to BuzzBallz's Response to Patco's Separate Statement in Support of its Motion for Partial Summary Judgment**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 294 | Patco's Reply to BuzzBallz's Response to Patco's Separate Statement in Support of its Motion for Partial Summary Judgment | Highlighted portions in Responses to Additional Facts 5 and 9. | DENIED.  Discusses Patco's focus groups in general terms, and information is central to the pending motions and merits of the case. |

- **ECF No. 295:  Patco's Reply to BuzzBallz's Opposition to its Motion for Partial Summary Judgment**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 295-3 | Patco's Reply to BuzzBallz's Opposition to its Motion for Partial Summary Judgment – Ex. DDD | Entire document. | GRANTED.  Contains detailed sensitive information about Patco's marketing strategy. |
| 295-4 | Patco's Reply to BuzzBallz's Opposition to its Motion for Partial Summary Judgment – Ex. EEE | Entire document. | DENIED.  Discusses Patco's products, including design, and competitors in general terms. |

United States District Court
Northern District of California

14

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 295-5 | Patco's Reply to BuzzBallz's Opposition to its Motion for Partial Summary Judgment – Ex. FFF | Entire document. | DENIED.  Discusses Patco's competitors in general terms. |

- **ECF No. 298:  BuzzBallz's Reply in Support of its Separate Moving Statement to its Motion for Summary Judgment**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 298-1 | BuzzBallz's Reply in Support of its Moving Separate Statement in Support of Motion for Summary Judgment | UF 11. | DENIED.  Discusses Patco's expenses in general terms. |

### B.    BuzzBallz's Confidential Information

- **ECF No. 238:  Patco's Motion to Exclude Opinions of Plaintiff's Expert Franklyn**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 237-4 | Ex. F, BB-042691 | Entire document. | GRANTED.  Contains detailed discussion of BuzzBallz's distribution strategy. |

- **ECF No. 241:  BuzzBallz's Motion for Summary Judgment**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 240-3 | Attach. 1 to Ex. A, Document produced as BB-00046288-92 | Entire document. | DENIED.  Information sought to be sealed is central to the pending motions and merits of the case, would not cause competitive harm if disclosed, and is more than three years old, rendering it stale. |
| 240-4 | Ex. B, Documents produced by GoDaddy.com, LLC pursuant to Document Subpoena | Entire document. | GRANTED.  Contains various non-party PII (address, phone) and contains detailed sensitive information about domain name transactions. |
| 240-5 | Ex. C, Documents produced by Domains By Proxy, LLC pursuant to Document Subpoena | Entire document. | GRANTED.  Contains various party PII (address, phone) and contains sensitive information about BuzzBallz's domain name purchases. |
| 240-6 | Ex. K, Excerpts from Deposition of Merrilee Kick | Entire document. | GRANTED as to PII at 6:13 (address).  DENIED as to the remainder, which discusses domain name information in general terms; information is also central to the pending motions. |

United States District Court
Northern District of California

- **ECF No. 247:  Patco's Motion to Exclude Opinions of Plaintiff's Expert Britven**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---------|----------|------------|----------------|
| 242-5 | Ex. E, Discovery Deficiency Letter | Entire document. | DENIED.  Discusses allegedly deficient responses to discovery requests in general terms. |

- **ECF No. 251:  Patco's Motion for Partial Summary Judgment**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---------|----------|------------|----------------|
| 250-3 | Ex. B, Excerpts of a document produced by BuzzBallz's at BB-00042277-294, titled "Global BZB Strategy, July 2024 Sazerac" | Entire document. | GRANTED.  Contains detailed sensitive information about non-party marketing strategy. |
| 250-4 | Ex. C, Excerpts to the deposition transcript of Merrilee Kick | Entire document. | GRANTED.  Contains detailed sensitive information about BuzzBallz's product design, suppliers, and includes PII (address). |
| 250-5 | Ex. E, Excerpts to the deposition transcript of Tracy Frisbie | Entire document. | GRANTED.  Contains detailed sensitive information about non-party acquisition of BuzzBallz and BuzzBallz's advertising partners. |
| 250-6 | Ex. I, Email from Tracy Frisbie dated June 24, 2022 | Entire document. | DENIED.  Contains public information, and other information regarding marketing is more than three years old, rendering it stale. |
| 250-7 | Ex. J, Excerpt of a PowerPoint presentation produced by BuzzBallz titled "OPM 57, Winning with Strategy: Southern Champion" | Entire document. | GRANTED.  Contains detailed sensitive information about BuzzBallz's competitive strategy. |
| 250-8 | Ex. K, BB-00129434-43 | Entire document. | GRANTED.  Contains detailed sensitive information about BuzzBallz's product distribution design. |
| 250-9 | Ex. T, Expert Report of Arthur Shapiro | Entire document. | DENIED without prejudice to renewal. The request to seal the entirety of this expert report is not narrowly tailored. |

- **ECF No. 253:  Patco's Motion to Exclude Opinions of Plaintiff's Expert Shapiro**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---------|----------|------------|----------------|
| 252-6 | Ex. C, Annotated excerpts of Deposition Transcript of Arthur Shapiro | Entire document. | DENIED without prejudice to renewal. BuzzBallz may propose narrowly tailored redactions. |

United States District Court
Northern District of California

16

| 252-7 | Ex. E, Excerpts of Numerator Report (Shapiro_000005-72) | Entire document. | GRANTED. Contains detailed sensitive BuzzBallz market research. |
|---|---|---|---|

- **ECF No. 266:  Patco's Opposition to BuzzBallz's Motion to Exclude Dr. Simonson**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 265-4 | Ex. 3, BuzzBallz Presentation | Entire document. | GRANTED. Contains detailed sensitive information about BuzzBallz's marketing strategy. |
| 265-5 | Ex. 4, BuzzBallz Presentation | Entire document. | GRANTED. Contains detailed sensitive information about BuzzBallz's marketing and distribution strategy. |
| 265-6 | Ex. 5, BuzzBallz Presentation | Entire document. | GRANTED. Contains detailed sensitive information about BuzzBallz's marketing and distribution strategy. |
| 265-7 | Ex. 6, BuzzBallz Presentation | Entire document. | GRANTED. Contains detailed sensitive information about BuzzBallz's marketing and distribution strategy. |
| 265-8 | Ex. 8, BuzzBallz email chain | Entire document. | GRANTED. Contains detailed sensitive BuzzBallz distribution research. |

- **ECF No. 268:  Patco's Opposition to BuzzBallz's Motion to Exclude Rhonda Harper**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 267-4 | Ex. 4, Annotated excerpts of the transcript from the deposition of Arthur Shapiro | Entire document. | GRANTED. Contains detailed sensitive information about BuzzBallz market research. |

- **ECF No. 271:  Patco's Opposition to BuzzBallz's Motion for Summary Judgment**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 269-2 | Patco's Opposition to BuzzBallz's Motion for Summary Judgment | Highlighted portions at 2:11-18, 2:21-3:14, 4:8-5:11, 18:16-17, 18:19-20, 20:16-19, and 22:22-23. | DENIED. Discusses stale information regarding BuzzBallz's domain name acquisition, distribution, and competition with Patco; information is central to the pending motions and merits of the case. |
| 269-3 | Patco's Response to Separate Statement | Highlighted portions at 2:6-11. | DENIED. Reflects stale information regarding BuzzBallz's purchase of a domain name. |

United States District Court
Northern District of California

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 269-4 | Ex. 2, Email from Spencer Markum to Merrilee Kick. BB-00014051 | Entire document. | DENIED.  Reflects stale information regarding BuzzBallz's purchase of domain names, which is relevant to the pending motions. |
| 269-5 | Ex. 3, Excerpts from the Deposition of Merrilee Kick (pp. 1-9, 58-69, 258-61) | Entire document. | GRANTED as to PII at 6:13 (address).<br><br>DENIED as to remainder.  Discusses BuzzBallz's domain name purchases and distribution, which is relevant to the pending motions, and also contains public information. |
| 269-6 | Ex. 4, Email from Spencer Markum to Merrilee Kick, dated April 4, 2022. BB-00014052-53. | Entire document. | DENIED.  Reflects stale information regarding BuzzBallz's purchase of domain names, which is relevant to the pending motions. |
| 269-7 | Ex. 5, Email from Spencer Markum to Merrilee Kick, dated April 4, 2022. BB-00014057-58. | Entire document. | DENIED.  Reflects stale information regarding BuzzBallz's purchase of domain names, which is relevant to the pending motions. |
| 269-8 | Ex. 6, Email from Merrilee Kick to Spencer Markum, dated April 4, 2022. BB-00014047-50 | Entire document. | DENIED.  Reflects stale information regarding BuzzBallz's purchase of domain names, which is relevant to the pending motions. |
| 269-9 | Ex. 7, Email from Spencer Markum to Merrilee Kick, dated April 11, 2022. BB-00046284-87. | Entire document. | DENIED.  Reflects stale information regarding BuzzBallz's purchase of domain names, which is relevant to the pending motions. |
| 269-10 | Ex. 8, Email from Merrilee Kick to Spencer Markum, dated April 11, 2022. BB-00052538-41 | Entire document. | DENIED.  Reflects stale information regarding BuzzBallz's purchase of domain names, which is relevant to the pending motions. |
| 269-11 | Ex. 9, Email from Spencer Markum to Merrilee Kick, dated April 11, 2022. BB-00046288-91. | Entire document. | DENIED.  Reflects stale information regarding BuzzBallz's purchase of domain names, which is relevant to the pending motions. |
| 269-12 | Ex. 10, Excerpts from the Disclosure Schedule to the Membership Purchase Agreement, dated March 7, 2024. BB-00130013-15 and BB-00130170-74. | Entire document. | GRANTED.  Contains detailed sensitive information about BuzzBallz domain name acquisitions and intellectual property rights. |

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 269-13 | Ex. 14, Email from Jim Castaneda to Donald Kidd, et al., dated October 20, 2022. BB-00010840-44. | Entire document. | DENIED. Reflects stale information regarding distribution, which is relevant to the pending motions. |
| 269-14 | Ex. 15, Email from Merrilee Kick to Blair Casey, dated December 15, 2023. BB-00032098-99. | Entire document. | DENIED. Reflects stale information regarding distribution, which is relevant to the pending motions. |
| 269-15 | Ex. 16, Email from Tracy Frisbie to Andrew Kick, et al., dated December 18, 2023. BB-00082961-63 | Entire document. | GRANTED. Contains detailed sensitive information about BuzzBallz's product sales and distribution. |
| 269-16 | Ex. 17, Email from Tracy Frisbie to Merrilee Kick, dated February 9, 2024. BB-00125841-42. | Entire document. | DENIED. Reflects stale information regarding distribution, which is relevant to the pending motions. |
| 269-17 | Ex. 18, BuzzBallz meeting notes. Arlington 006124-28. | Entire document. | GRANTED. Contains detailed sensitive information about BuzzBallz business strategy. |
| 269-18 | Ex. 19, Email from Blair Casey to Merrilee Kick, et al., dated September 5, 2024. BB-00042581. | Entire document. | DENIED. Reflects stale information regarding distribution, which is relevant to the pending motions. |
| 269-19 | Ex. 20, Email from Sam Elmashni to Donald Kidd, dated November 2, 2023. BB-00011908-09 | Entire document. | DENIED. Reflects stale information regarding distribution, which is relevant to the pending motions. |
| 269-20 | Ex. 21, Email from Amy Da Costa to Merrilee Kick, dated November 19, 2024. BB-00042153-55. | Entire document. | GRANTED. Contains detailed sensitive information about BuzzBallz's product distribution and competitive strategy. |
| 269-21 | Ex. 22, Excerpts of Patco's Second Supplemental Responses to BuzzBallz's Second Set of Interrogatories, dated October 6, 2025 (pages 20-23) | Entire document. | GRANTED. Contains detailed sensitive information about BuzzBallz's product distribution. |

United States District Court
Northern District of California

19

- **ECF No. 273: BuzzBallz's Response in Opposition to Patco's Motion For Partial Summary Judgment**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 272-3 | Ex. Z, Deposition of Tracy Frisbie Transcript | Entire document. | GRANTED as to 153:17-154:9, which contains detailed sensitive information about BuzzBallz marketing.<br><br>DENIED as to the remainder, which discusses BuzzBallz marketing strategy in general terms. |
| 272-4 | Ex. BB, Deposition of Merrilee Kick Transcript | Entire document. | GRANTED as to PII at 6:13 (address).<br><br>DENIED as to the remainder, which discusses BuzzBallz products in general terms. |

- **ECF No. 275:  BuzzBallz's Response in Opposition to Patco's Motion to Exclude the Testimony and Opinions of Arthur Shapiro**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 272-6 | Ex. B, Deposition of Arthur Shapiro Transcript | Entire document. | DENIED.  Not narrowly tailored and discusses BuzzBallz market research in general terms. |

- **ECF No. 282: Patco's Reply in Support of Patco's Motion to Exclude the Shapiro Opinions**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 281-1 | Ex. P, Deposition of Arthur Shapiro Transcript | Entire document. | DENIED without prejudice to renewal. BuzzBallz may propose narrowly tailored redactions. |

- **ECF No. 298:  BuzzBallz's Reply in Support of BuzzBallz's Motion for Summary Judgment**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 297-1 | Plaintiff BuzzBallz's Reply to Patco's Response to BuzzBallz's Separate Statement in Support of BuzzBallz's Motion for Summary Judgment | Highlighted portions at 2:5-10 and 13:8-26. | DENIED.  Reflects stale information regarding domain name purchases and distribution issues; information is also central to the pending motions. |

C.      **Documents Containing Both Parties' Confidential Information**

- **ECF No. 247:  Patco's Motion to Exclude Expert Opinions of Plaintiff's Expert Thomas Britven**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 242-4 | Ex. A, Patco's Motion to Exclude Opinions of Plaintiff's Expert Mr. Britven | Entire document. | DENIED without prejudice to renewal. The request to seal the entirety of this expert report is not narrowly tailored. |

- **ECF No. 253:  Patco's Motion to Exclude Opinions of Plaintiff's Expert Shapiro**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 252-4 | Ex. A, Patco's Motion to Exclude Opinions of Plaintiff's Expert Shapiro | Entire document. | DENIED without prejudice to renewal. The request to seal the entirety of this expert report is not narrowly tailored. |
| 252-5 | Ex. B, Patco's Motion to Exclude Opinions of Plaintiff's Expert Shapiro | Entire document. | DENIED without prejudice to renewal. The request to seal the entirety of this expert report is not narrowly tailored. |

- **ECF No. 268:  Patco's Opposition to BuzzBallz's Motion to Exclude Testimony and Opinions of Rhonda Harper**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 267-3 | Ex. 3, Patco's Opposition to BuzzBallz's Motion to Exclude Testimony and Opinions of Rhonda Harper | Entire document. | DENIED without prejudice to renewal. The request to seal the entirety of this expert report is not narrowly tailored. |

- **ECF No. 275:  BuzzBallz's Response in Opposition to Patco's Motion to Exclude the Testimony and Opinions of Arthur Shapiro**

| ECF No. | Document | Portion(s) | Granted/Denied |
|---|---|---|---|
| 272-5 | Response in Opposition to Patco's Motion to Exclude Shapiro | Highlighted portions at 2:19-20, 5:9-10, and 7:6-8. | DENIED.  Discusses BuzzBallz's sales and competitors in general terms. |

//

//

## III.   CONCLUSION

Within 14 days of this Order, the parties may submit narrowly tailored requests to seal the expert reports and deposition transcripts above, where the requests to seal were denied without prejudice.  Within 14 days after the Court rules on the renewed motion to seal, the parties shall re-file all materials at issue in the omnibus motion to seal with redactions that conform to the Court's orders.

**IT IS SO ORDERED.**

Dated:  May 19, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California

22