Counsel are listed on the signature page due to space considerations

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BUZZBALLZ, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MPL BRANDS NV, INC. d/b/a PATCO BRANDS, a Nevada corporation,<br><br>Defendant. | Case Number: 5:24-cv-04004-EKL<br><br>**JOINT STIPULATION REGARDING AGREED MOTIONS IN LIMINE** |



# JOINT STIPULATION REGARDING AGREED MOTIONS IN LIMINE

Plaintiff BuzzBallz, LLC ("BuzzBallz") and Defendant MPL Brands NV, Inc. d/b/a Patco Brands ("Patco") (collectively the "parties") together hereby submit this Joint Stipulation Regarding Agreed Motions in Limine.

**Agreed Motion in Limine 1.** The parties shall be precluded from introducing evidence, testimony, or argument regarding any deposition objections in the presence of the jury.

**Agreed Motion in Limine 2.** The parties shall be precluded from introducing evidence, testimony, or argument concerning any indemnification agreement, obligation, and/or request for indemnification.

**Agreed Motion in Limine 3.** The parties shall be precluded from referencing or introducing evidence, testimony, or argument concerning mediation or settlement negotiations or proceedings, including discussions, correspondence, and proposals.

**Agreed Motion in Limine 4.** The parties shall be precluded from referencing or introducing evidence, testimony, or argument referring to the role or presence in the courtroom of jury consultants or shadow jurors, or the use of focus groups or mock proceedings to assist with trial preparation, jury selection, or trial.

**Agreed Motion in Limine 5.** The parties shall be precluded from referencing or introducing evidence, testimony, or argument suggesting that the other party had an affirmative duty to seek opinion of counsel, and/or any inference that may be drawn as to what the contents of such an opinion would have been.

**Agreed Motion in Limine 6.** Neither party will intentionally ask questions or make statements to invoke a privileged or protected answer, including any materials that are privileged, or that have been presented outside of the jury to establish/prevent a finding of privilege.

**Agreed Motion in Limine 7.** No party shall reference the presence or absence of any party's corporate representative, employee, or other witness.

**Agreed Motion in Limine 8.** The parties shall be precluded from introducing evidence, testimony, or argument suggesting that the opposing party failed to call any witness. The parties shall also be precluded from making any mention or statement of probable

testimony of a witness who is absent, unavailable, or will not be called or allowed to testify live or by deposition in this case. In short, no party shall "try the empty chair."

**Agreed Motion in Limine 9.** The parties shall be precluded from introducing evidence, testimony, or argument that raises religious or political beliefs, race, ethnicity, gender, national origin, sexual orientation, or health (including but not limited to vaccination status) of a party, witness, attorney, or law firm.

**Agreed Motion in Limine 10.** The parties shall be precluded from introducing evidence, testimony, or argument regarding any prior criminal history of any witness. Fed. R. Evid. 402, 403, 609.

**Agreed Motion in Limine 11.** The parties shall be precluded from introducing evidence, testimony, or argument regarding funding of the litigation or regarding any comment on attorney-fee compensation including amounts or structure.

**Agreed Motion in Limine 12.** The parties shall be precluded from introducing evidence, testimony, or argument regarding the size of the parties' law firms or the number of attorneys representing the parties.

**Agreed Motion in Limine 13.** The parties shall be precluded from introducing evidence, testimony, or argument regarding the existence of any motion in limine or Daubert motion granted or denied by this Court. Counsel are instructed not to suggest to the jury by argument or otherwise that any party has successfully or unsuccessfully sought to exclude from proof any matter bearing on the issues in this suit.

Dated: August 5, 2026

By: /s/ *Jason P. Bloom*
Jason P. Bloom (pro hac vice)
Texas State Bar No. 24045511
jason.bloom@haynesboone.com
Marron E. Frith (pro hac vice)
Texas State Bar No. 24137884
marron.frith@haynesboone.com
HAYNES AND BOONE, LLP
2801 N. Harwood St., Suite 2300
Dallas, Texas 75201

Jason W. Whitney (pro hac vice)
Texas State Bar No. 24045511
jason.whitney@haynesboone.com
HAYNES AND BOONE, LLP
112 East Pecan Street, Suite 1200
San Antonio, Texas 78705

Reid Pillifant (pro hac vice)
Texas State Bar No. 24126157
reid.pillifant@haynesboone.com
HAYNES AND BOONE, LLP
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701

Kenneth G. Parker
California State Bar No. 182911
ken.parker@haynesboone.com
Jason T. Lao
California State Bar No. 288161
jason.lao@haynesboone.com
Andrea Levenson
California State Bar No. 323926
andrea.levenson@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626

Gregory S. Tamkin
California State Bar No. 175009
tamkin.greg@dorsey.com
DORSEY + WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, Colorado 80202

*Attorneys for Plaintiff BuzzBallz, LLC*

By: /s/ *R. Tyler Kendrick*
M. Craig Tyler (pro hac vice)
Texas State Bar No. 00794762
CTyler@perkinscoie.com
Andrew Kalamarides (pro hac vice)
Texas State Bar No. 24136939
AKalamarides@perkinscoie.com
Helena E.D. Burns (pro hac vice)
Texas State Bar No. 24143961
HBurns@perkinscoie.com
ASHURST PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
Telephone: +1.737.256.6100
Facsimile: +1.737.256.6300

Daniel T. Shvodian
California State Bar No. 184576
DShvodian@perkinscoie.com
ASHURST PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350

R. Tyler Kendrick (pro hac vice)
Washington State Bar No. 55094
RKendrick@perkinscoie.com
ASHURST PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

*Attorneys for Defendant*
*MPL Brands NV, Inc. d/b/a Patco Brands*

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Jason P. Bloom, attest that concurrence in the filing of this document has been obtained.

Dated: August 5, 2026 /s/ *Jason P. Bloom*